**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6887

ANTHONY BERNARD BURNSIDE,

Plaintiff - Appellant,

versus

JON NEWLON,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Henry M. Herlong, Jr., District
Judge.  (6:06-cv-00620-HMH)

Submitted: July 20, 2006                    Decided: July 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Bernard Burnside, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Bernard Burnside appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burnside v. Newlon, No. 6:06-cv-00620-HMH (D.S.C. Mar. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED